```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05774
    JAMES W COLLUM
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6918

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/11/2008 and was confirmed 05/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSECURED           2376.92            .00            .00
CHICAGO MUN EMP CREDIT U  UNSECURED          NOT FILED           .00            .00
ECMC                      UNSECURED           5250.12            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           3747.54            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          NOT FILED           .00            .00
ALONZO COLLUM             NOTICE ONLY        NOT FILED           .00            .00
CELESTE FISHER            NOTICE ONLY        NOT FILED           .00            .00
MARIAN L COLLUM           NOTICE ONLY        NOT FILED           .00            .00
MARIAN L COLLUM           NOTICE ONLY        NOT FILED           .00            .00
COUNTRYWIDE               CURRENT MORTG          .00             .00            .00
COUNTRYWIDE               SECURED NOT I          .00             .00            .00
COUNTRYWIDE               CURRENT MORTG          .00             .00            .00
COUNTRYWIDE               SECURED NOT I          .00             .00            .00
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC       550.00             .00          550.00
LIGHTHOUSE FINANCIAL GRO  UNSECURED          1265.40             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED            .00            .00
BARCLAY'S CAPITAL REAL E  CURRENT MORTG          .00             .00            .00
BARCLAY'S CAPITAL REAL E  MORTGAGE ARRE      2210.00             .00         2210.00
N HELTON & ASSOC          DEBTOR ATTY            .00                            .00
TOM VAUGHN                TRUSTEE                                             240.00
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              3,000.00

PRIORITY                                        .00
SECURED                                    2,760.00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05774 JAMES W COLLUM
```

```
TRUSTEE COMPENSATION                                              240.00
DEBTOR REFUND                                                        .00
                                       ----------------   ----------------
TOTALS                                         3,000.00           3,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                 /s/ Tom Vaughn

Dated: 01/26/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE